EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Junta de Educación Jurídica Continua | 2015 TSPR 8<br><br>192 DPR ____ |

Número del Caso: EN-2015-1

Fecha: 3 de febrero de 2015

Materia: Nombramiento del Presidente de la Junta de Educación Jurídica Continua

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Junta de Educación Jurídica
Continua                              EN-2015-1

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de febrero de 2015.

Ante el lamentable fallecimiento del Lcdo. Efraín González Tejera, en virtud del poder Inherente de este Tribunal Supremo para reglamentar lo relativo al ejercicio de la abogacía en Puerto Rico y la Regla 8(a) del Reglamento de Educación Jurídica Continua, aprobado el 30 de abril de 1998, según enmendada, se nombra al profesor Andrés Córdova Phelps como Presidente de la Junta de Educación Jurídica Continua.

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Estrella Martínez emitió un voto particular de conformidad al cual se unieron la Jueza Asociada señora Pabón Charneco y el Juez Asociado señor Feliberti Cintrón.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Junta de Educación Jurídica
Continua                                    EN-2015-1

Voto particular de conformidad emitido por el Juez Asociado SEÑOR ESTRELLA MARTÍNEZ al cual se unen la Jueza Asociada SEÑORA PABÓN CHARNECO y el Juez Asociado SEÑOR FELIBERTI CINTRÓN

San Juan, Puerto Rico, a 3 de febrero de 2015.

Con sumo pesar, recientemente nos enfrentamos con el fallecimiento del Dr. Efraín González Tejera. Sin duda, la inesperada partida de quien en vida fue un gran apasionado de las ideas y las letras ha significado una pérdida irreparable para nuestra comunidad jurídica. Es un hecho incuestionable que el doctor González Tejera fue un intelectual de particular lucidez, uno de los más distinguidos miembros de la academia y un gran humanista.

Ciertamente, son incalculables las aportaciones del doctor González Tejera al desarrollo del derecho en Puerto Rico. Por lo

tanto, cometeríamos una marcada injusticia si en este escrito pretendiéramos hacer una lista exhaustiva de todas sus contribuciones. Empero, con respecto al asunto que nos ocupa, valga destacar sus aportaciones al Programa de Educación Jurídica Continua, en el que se mantuvo activo como Presidente de la Junta de Educación Jurídica Continua desde el 2000 hasta el día de su triste deceso. En particular, bajo la presidencia del doctor González Tejera se fue hilvanando todo el andamiaje conceptual y práctico de lo que hoy constituye el Programa de Educación Jurídica Continua.

Hoy, a raíz de la lamentable partida del doctor González Tejera, se torna necesario seleccionar un nuevo Presidente de la Junta de Educación Jurídica Continua. En atención a ello, la compañera Jueza Presidenta, Hon. Liana Fiol Matta, ha sometido para la aprobación del Pleno al Lcdo. Andrés L. Córdova Phelps como Presidente de ese organismo. En conformidad con su recomendación, albergo la esperanza de que la selección del licenciado Córdova Phelps contribuirá al mejoramiento del Programa y a que se implante una visión dirigida a abandonar las dificultades y prácticas que entorpezcan un verdadero acceso a la educación continua. Ello, para beneficio de nuestra clase togada y, más importante aún, para propiciar la calidad de los servicios profesionales que recibe la ciudadanía.

Luis F. Estrella Martínez
Juez Asociado